# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Carlos Eduardo Kurien            Docket No. 7:13-MJ-1095-1RJ

### Petition for Action on Probation

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Carlos Eduardo Kurien, who, upon an earlier plea of guilty to Larceny of Personal Property, in violation of 18 U.S.C.§ 661, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 5, 2013, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervising officer in the Western District of North Carolina reports the defendant is in arrears on the court imposed indebtedness and community service. To date, the defendant has paid $130 of the $1,457 restitution imposed. Mr. Kurien has not completed any community service hours. The defendant is employed and there are no other violations. To address the present noncompliance, it is recommended the term of supervision be extended for six months. The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended 6 months from the expiration date of June 4, 2014, until December 4, 2014.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton            /s/ Chip Williams
Robert L. Thornton            Chip Williams
Supervising U.S. Probation Officer            U.S. Probation Officer
                                                   2 Princess Street, Suite 308
                                                   Wilmington, NC 28401-3958
                                                   Phone: 910-815-4857
                                                   Executed On: June 2, 2014

Carlos Eduardo Kurien
Docket No. 7:13-MJ-1095-1RJ
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this __2__ day of __June__, 2014, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge